SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0098 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 27, 2007 TO SEPTEMBER 14, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
|     v. ) | |
| DAVID AVINA-VILLA, ) | |
|     Defendant. ) | |

    On July 27, 2007, the parties appeared before Your Honor. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea and sentencing (likely Fast Track) before your Honor on September 14, 2007, at 11 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 27, 2007 to September 14, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0098 SI

reasonable time necessary for effective case preparation because the parties are still engaged in discovery and other case preparation. The exclusion is also appropriate to ensure continuity of counsel for the defendant, because defense counsel is unavailable for several court dates during the relevant time period.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 27, 2007 to September 14, 2007 outweighed the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 27, 2007 to September 14, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a change of plea and sentencing before your Honor on September 14, 2007, at 11 a.m.

IT IS SO STIPULATED.

DATED: August 16, 2007     /s/
ERIKA R. FRICK
Assistant United States Attorney

DATED: August 16, 2007     /s/
RON TYLER
Attorney for David Avina-Villa

**IT IS SO ORDERED.**

DATED:_____

THE HON. SUSAN ILLSTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0098 SI                    2